NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Howard E. King - SBN 77012
John G. Snow - SBN 280790
King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067-4506
(310) 282-8989

CLEAR FORM

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacob L. Nygard p/k/a Cake Nygard, Donglee Han, Clare Maguire, and Antonius Wiriadjaja<br>Plaintiff(s),<br>v.<br>Taylor Whitley p/k/a Taylor.WTF<br>Defendant(s) | CASE NUMBER:<br>22-cv-00425-DOC-DFM<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jacob L. Nygard | Plaintiff |
| Donglee Han | Plaintiff |
| Clare Maguire | Plaintiff |
| Antonius Wiriadjaja | Plaintiff |
| Taylor Whitley | Defendant |

3/21/2022
Date

/s/ John G. Snow
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs