KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
HKING@KHPSLAW.COM
JOHN G. SNOW, ESQ., STATE BAR NO. 280790
JSNOW@KHPSLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiffs JACOB L. NYGARD p/k/a CAKE NYGARD, DONGLEE HAN, CLARE MAGUIRE, and ANTONIUS WIRIADJAJA p/k/a FOOD MASKU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JACOB L. NYGARD p/k/a CAKE NYGARD, an individual; DONGLEE HAN, an individual; CLARE MAGUIRE, an individual; and ANTONIUS WIRIADJAJA p/k/a FOOD MASKU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR WHITLEY p/k/a TAYLOR.WTF, an individual,<br><br>Defendant. | CASE NO. 22-CV-00425-DOC-DFM<br><br>**NOTICE OF RELATED CASE [LOCAL RULE 83-1.3]**<br><br>The Honorable David O. Carter |

5862.060/1791890.1
NOTICE OF RELATED CASE

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

Pursuant to Civil Local Rule 83-1.3, Plaintiffs Jacob L. Nygard p/k/a "Cake Nygard," Donglee Han, Clare Maguire, and Antonius Wiriadjaja p/k/a "Food Masku" (collectively, "Plaintiffs") hereby give notice to the Court that the following case is related to the above-captioned case: *Taylor Whitley, et al. v. Clare Maguire, et al.*, Case No. 22-cv-01837-ODR-JEM ("*Whitley* action"). The Complaint in the *Whitley* action is attached as Exhibit A.

Cases are related if they (a) arise from the same or a closely related transaction, happening, or event; (b) require determination of the same or substantially related or similar questions of law and fact; *or* (c) for other reasons would entail substantial duplication of labor if heard by different judges. Local Rule 83-1.3

Here, the *Whitley* action and the above-captioned action meet the above criteria and, thus, are related. Both cases largely arise from the January 2022 sale of "Caked Apes"—a collection digital art pieces that are also known as non-fungible tokens ("NFTs"). In the *Whitley* action, Taylor Whitley ("Whitley") alleges, among other things, that Plaintiffs' sale of "Caked Apes" infringed certain of his alleged copyright interests. In the above-captioned action, Plaintiffs allege they held all rights necessary to sell the "Caked Apes" collection, that it did not infringe any alleged copyright interest held by Whitley, and that Whitley misrepresented that the collection infringed his alleged copyright interests when he submitted "take down" notices under the Digital Millennium Copyright Act ("DMCA") to have the collection removed from online market places. *See* 17 U.S.C. Section 512(f) (providing that "[a]ny person who knowingly materially misrepresents under this section . . . that material or activity is infringing . . . shall be liable for damages . . . .").

Because the legal and factual claims are so similar, the claims in both actions call for determination of the same or substantially related or similar questions of

law, Local Rule 83-1.3(b), and there would be substantial duplication of effort if different judges heard the two actions, *id.* 83-1.3(c).

      For these reasons, the Court should find that the above-captioned action and the *Whitley* action are related.

DATED: March 21, 2022        KING, HOLMES, PATERNO & SORIANO, LLP

By:    */s/ John G. Snow*
        HOWARD E. KING
        JOHN G. SNOW
Attorneys for Plaintiffs JACOB L. NYGARD p/k/a CAKE NYGARD, DONGLEE HAN, CLARE MAGUIRE, and ANTONIUS WIRIADJAJA p/k/a FOOD MASKU

5862.060/1791890.1

3

NOTICE OF RELATED CASE