# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacob L. Nygard | **CASE NUMBER** |
| v.  PLAINTIFF(S) | 8:22-cv-00425-DOC-DFM |
| Taylor Whitley | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

March 22, 2022                                  Otis D. Wright, II  _[signature]_
_____                                     _____
Date                                            United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                                     _____
Date                                            United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:22-cv-01837-ODW-(JEMx)  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Douglas F. McCormick  to Magistrate Judge  John E. McDermott .

On all documents subsequently filed in this case, please substitute the initials  ODW-(JEMx)  after the case number in place of the initials of the prior judge, so that the case number will read  8:22-cv-00425-ODW-(JEMx) . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [✓] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (03/21)                ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)